**FILED**

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0668

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0668

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                        O R D E R

BANNER LEE BOYD,

      Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 10 2021